AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Alex FLORES | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ December 05, 2025 _____ in the county of _____ Webb _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:
Continued on Affidavit

☑ Continued on the attached sheet.

/S/Arely G. Molina
_____
_Complainant's signature_

Arely G. Molina , Border Patrol Agent
_____
_Printed name and title_

Sworn to before me and signed in my presence,

Date: December 08, 2025
_____
_Judge's signature_

City and state:   Laredo, Texas

Christopher dos Santos , U.S. Magistrate Judge
_____
_Printed name and title_

## AFFIDAVIT
### In support of Criminal Complaint

UNITED STATES OF AMERICA                    CRIMINAL COMPLAINT
### V.

Alex FLORES                                        Case Number:

**ENCOUNTER/ARREST:**
On December 5, 2025 at approximately 12:30 A.M. at the Laredo North Border Patrol Checkpoint, located at the 29-mile marker of Interstate 35, north of Laredo, Texas, A Customs and Border Protection Officer (CBPO) visually observed a white tractor hauling a white trailer approaching his booth. As the Tractor Trailer was approaching the CBPO he visually observed a male driver wearing a blue jersey (later identified as FLORES, Alex) approach and stop just past the window of the primary inspection booth making it harder to see inside the cab of the truck. During the Primary Inspection, FLORES was avoiding eye contact with the CBPO and had both arms locked out and tightly gripping the steering wheel with both hands. The CBPO asked FLORES for his citizenship. FLORES stated that he was a United States Citizen. The CBPO asked FLORES for consent if he would drive through the XRAY machine. FLORES gave consent and proceeded to drive through the XRAY. At this time the CBPO observed the Tractor Trailer drive through the XRAY. As the Tractor Trailer was exiting the XRAY the CBPO audibly heard that the White-on-White Tractor Trailer had "bodies" in it and that it was not stopping. The CBPO visually observed the Tractor Trailer continuing to drive away from the check point heading north on Interstate 35.

Border Patrol Agents (BPA's) responded to the tractor failing to yield after the non-intrusive inspection and pursued the tractor northbound IH-35 until he eventually bailed out at the parking lot of a gas station located at the 32-mile marker of IH-35. BPA's observed several subjects exiting through the passenger side of the tractor. After a search of the area near the bailout, BPA's made contact and apprehended FLORES and five other subjects. After conducting an immigration inspection, the 5 subjects admitted to being in the United States (U.S.) illegally and without any legal documentation to remain. All subjects were detained and transported to the Border Patrol Checkpoint for processing.

**PRINCIPAL STATEMENT SYNOPSIS:**
Alex FLORES acknowledged his Miranda Rights by signing DHS service form I-214 and advised that he was not willing to provide a statement without an attorney present. At this point all questions and video recording were stopped.

**MATERIAL WITNESS STATEMENT SYNOPSIS:**
Kevin OLIVERA-CRUZ began the interview by stating he traveled from Guerrero, Mexico and that he crossed the river on December 4, 2025, at approximately 12:00 P.M. OLIVERA-CRUZ stated that he got inside a sedan and was taken to an unknown location. The following day he was taken to a parking lot and got inside a white tractor trailer along with approximately four other subjects. OLIVERA-CRUZ admitted to being in the tractor and to making payment arrangements of approximately 50,000 Mexican (MXN Pesos) (2,751 United States Dollars) once getting to his destination in Dallas, Texas.

**Multi-Energy Portal Agent Synopsis:**
On December 5, 2025, two BPA's were working their assigned duties at the Multi-Energy Portal (MEP) at the Laredo North Border Patrol Checkpoint, located at the 29-mile marker of Interstate 35, north of Laredo, Texas. At approximately 12:30 A.M., a white tractor hauling a white trailer was sent to the MEP via consent by a CBPO. While analyzing the scan of the tractor, the BPA detected an anomaly consistent with concealed humans in the sleeper area of the cab. The tractor trailer continued to accelerate through the MEP and onto Interstate 35. During this time, the BPA communicated to the BPA's at the Border Patrol Checkpoint via radio transmission of the suspected concealed humans in the tractor trailer. BPA's followed the tractor trailer and were able to apprehend six subjects. All subjects were detained for further investigations and were escorted to the Laredo North Checkpoint. After further investigation all subjects were determined to be in the United States illegally.

SUBSCRIBED and SWORN to before me on

_____8th_____    day of    _____December, 2025_____

_____          /S/  Molina, Arely G.    Border Patrol Agent
Signature of Judicial Officer                    Signature of Complainant